CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 27 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH EDWARD BARBOUR, ) | |
|    Plaintiff, ) | Civil Action No.7:09-cv-00135 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VIRGINIA DEPARTMENT OF ) | |
|    CORRECTIONS, ) | By: Hon. James C. Turk |
|    Defendant. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's request to proceed in forma pauperis without prepayment of the filing fee is **DENIED**; the action is **STAYED**; and if plaintiff does not prepay the $350.00 filing fee for this action within ten (10) business days from the date of this order, the action will be **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 27th day of April, 2009.

                                           /s/ James C. Turk
                                      Senior United States District Judge